IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| BRIAN MELONSON | § | |
| VS. | § | CIVIL ACTION NO. 1:23cv197 |
| ZENA STEPHENS, ET AL. | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Brian Melonson, an inmate at the Jefferson County Correctional Facility located in Beaumont, Texas, proceeding *pro se*, brought the above-styled lawsuit.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing this action without prejudice.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. A copy of the report and recommendation was mailed to plaintiff at the address provided to the court. No objections to the Report and Recommendation of United States Magistrate Judge have been filed.

## O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report and recommendation of the magistrate judge is ADOPTED. A separate

final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED this 26th day of February, 2024.**

_____
Michael J. Truncale
United States District Judge